■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR SOTO, Appellant. [715 NYS2d 331] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Egitto, J.), rendered July 26, 1995, convicting him of murder

in the second degree, criminal possession of a weapon in the second degree (two counts), criminal possession of a weapon in the third degree (two counts), and grand larceny in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the failure of defense counsel to present a defense of extreme emotional disturbance did not constitute ineffective assistance of counsel (*see, People v Benevento,* 91 NY2d 708; *People v Feris,* 144 AD2d 691; *People v Knights,* 109 AD2d 910).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80). Sullivan, J. P., S. Miller, H. Miller and Smith, JJ., concur.